We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his pro se supplemental brief. Dillon, J.P., Dickerson, Leventhal, Austin and Miller, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LEWIS, Appellant. [933 NYS2d 561]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Balkin, Leventhal and Belen, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW MANNINA, Appellant. [933 NYS2d 570]—

The defendant's contention that the County Court improperly sentenced him upon his violation of a condition of his probation